**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FREDY ESCOBAR, PEDRO MARTINEZ,
LUIS RUBALLOS & WALTER RAMIREZ,

                        *Plaintiffs,*

        -against-

WAL-MART STORES, INC.,

                       *Defendant.*
-----------------------------------------------------------X

**06 CV 0602 (CM) (LMS)**

**STIPULATION AND ORDER**
**OF DISMISSAL WITH PREJUDICE**

**ECF Case**

       IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned

attorneys, that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-

captioned action be dismissed, with prejudice and on the merits, without costs or attorneys fees

to either party.

Dated: New York, New York
       June 2, 2006

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____
      Michael Faillace (MF-8436)
Attorneys for Plaintiffs
110 East 59th Street, 32nd
New York, New York 10022
(212) 317-1200

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER, LLP

By: _____
      Joel L. Finger (JF-4120)
Attorneys for Defendant
900 Third Avenue
New York, New York 10022
(212) 895-2900

SO ORDERED:

_____
  U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____